UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Multnomah County DIVISION

Isaac Cortez Bynum Jr.

*(Enter full name of plaintiff)*

Plaintiff,

v.

Nicole Morrisey O'Donnell

(Multnomah County Detention Center)

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:24-cv-02046-AR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes     ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Isaac Bynum #7718403
Street Address: 11540 NE Inverness Drive
City, State & Zip Code: Portland, Oregon 97220
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)     1
[Rev. 01/2018]

**Defendant No. 1**  Name: Nicole Morrisey O'Donnell
Street Address: 11540 NE Inverness Drive
City, State & Zip Code: Portland, Oregon 97220
Telephone No.: N/A

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

First Amendment and Fourteenth Amendment

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Since being in Multnomah County Detention Center, I have been prohibited from preforming in religious services, engaging in daily congregational prayers, wearing religious headwear or other clothing items, accessing a Kosher meal. Also I have been unable to engage in Jumu'ah prayer services, there is no faith class using the Quran as the central text. M.C.D.C authorizes Christian faith classes while not allowing or offering Islamic faith classes. I have been in M.C.D.C for 25 months.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

N/A

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

N/A

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I am seeking $225,000 in monetary compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of November, 2024.

*Signature of Plaintiff*

Isaac Cortez Bynum Jr #77840
11540 NE Inverness Drive
Portland, Oregon 97220

2.04

United States District Court

Melissa Aubin
Clerk of Court
Office Of the Clerk
District of Oregon
740 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon 97204-2902

US POSTAGE PITNEY BOWES
ZIP 97230
02 7H
0006121596    $ 002.04⁰
DEC 05 2024